UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY L. CONTRERAS,<br><br>  Petitioner,<br><br>v.<br><br>SAN DIEGO SUPERIOR COURT,<br><br>  Respondent. | Case No.:  22-CV-228 JLS (AHG)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On February 16, 2022, the Court received a document from Petitioner, a state prisoner proceeding pro se, entitled "Petition for Writ of Habeas Corpus." ECF No. 1.  The Clerk of Court opened the instant case pursuant to 28 U.S.C. § 2254.  *Id.*  Upon later review, however, the Court discovered that Petitioner has a habeas case pursuant to 28 U.S.C. § 2254 already pending in this District challenging the same conviction in San Diego Superior Court case number SCN238193.  That habeas case, 3:16-cv-2813-BTM-BLM, was stayed on February 25, 2020, so that Petitioner could complete exhaustion of state judicial remedies by having his claims adjudicated by the California Supreme Court.  *See Contreras v. Montgomery*, No. 3:16-cv-2813-BTM-BLM, ECF No. 25.  Since then, the court in 3:16-cv-2813 has given Petitioner several extensions of time to provide notification that he has filed a petition for writ of habeas corpus with the state high court.  *See id.*, ECF Nos. 33, 36, 38.  On January 7, 2022, the court in 3:16-cv-2813 gave Petitioner

until February 7, 2022, to notify it that he had filed a petition with the California Supreme Court.  *See id.*, ECF No. 40.

It now appears the petition filed in this case on February 16, 2022, is simply a copy of the state habeas petition Petitioner filed with the California Supreme Court[1] and was intended as notification of such, in accordance with the court's January 7, 2022, order in 3:16-cv-2813.  *See id*.  Because it appears this case was opened in error, the Court **DISMISSES** the Petition without prejudice.  Petitioner is pursuing habeas relief in 3:16-cv-2813-BTM-BLM, which remains open and currently stayed.[2]  The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated:  April 18, 2022

Hon. Janis L. Sammartino
United States District Judge

---

[1] The petition is on a California state habeas form and the heading directs it to the "California Supreme Court." *See* ECF No. 1 at 1.  Review of the California Supreme Court docket also reflects that Petitioner filed a state petition for writ of habeas corpus, assigned case No. S273186, in the California Supreme Court on the same day the petition was received in this Court, February 16, 2022. *See* Cal. Sup. Ct. Case Info., https://appellatecases.courtinfo.ca.gov/search/case/mainCaseScreen.cfm?dist=0&doc_id=2376034&doc_no=S273186&request_token=NiIwLSEmPkw7WyBBSSFdXEJJQEQ0UDxTJCIuQzJSUCAgCg%3D%3D (last visited Apr. 11, 2022).

[2] A copy of the state petition has been filed in 3:16-cv-2813-BTM-BLM, as "Notice of Petition Filed in the California Supreme Court." *See Contreras*, No. 3:16-cv-2813-BTM-BLM, ECF No. 41.